**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JAMES R. SADA,**

          **Plaintiff,**

-vs-                                       Case No.  6:09-cv-506-Orl-31KRS

**CITY OF ALTAMONTE SPRINGS,**
**ROBERT PELTON, BRIAN LYPSEY,**
**ROBERT SHAPIRO, KRISTOFFOR**
**TOMICH, and TROY ANTOLIN,**

          **Defendants.**

## ORDER

On July 23, 2010, Plaintiff filed a Motion for Leave to File a Supplemental Expert Report (Doc. 91).  On July 28, 2010, Magistrate Judge Spaulding issued an order denying the request (Doc. 102).  Plaintiff has now filed his objection to the Magistrate Order (Doc. 113) to which Defendants have responded (Doc. 116).

Upon consideration of the above, it appears that Plaintiff's counsel has shown a complete lack of diligence in complying with his expert disclosure obligations.  Facing an expert disclosure deadline of May 1 (extended to June 1), Plaintiff's counsel did not even begin to address the scheduling of Defendants' depositions until seven months after the case management conference.  These depositions were not scheduled until June, <u>after</u> his expert report was due.

There is simply no good cause for Plaintiff's failure to comply with the deadline set forth in the Case Management and Scheduling Order, and Defendants would be prejudiced by

permitting Plaintiff to belatedly supplement his expert report. In sum, Magistrate Judge Spaulding's Order is well-reasoned and appropriate. Accordingly, it is

**ORDERED** that Plaintiff's objections are OVERRULED. The Order of Magistrate Judge Spaulding (Doc. 102), is AFFIRMED, and Plaintiff's Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE