UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES R. SADA,**

                **Plaintiff,**

**-vs-**                                                      **Case No. 6:09-cv-506-Orl-31KRS**

**CITY OF ALTAMONTE SPRINGS,**
**ROBERT PELTON, BRIAN LYPSEY,**
**ROBERT SHAPIRO, KRISTOFFOR**
**TOMICH, and TROY ANTOLIN,**

                **Defendants.**

## ORDER

This matter comes before the Court on motions to strike filed by the City of Altamonte Springs (Doc. 157) and the individual Defendants (Doc. 156). Collectively, the Defendants seek to strike the Plaintiff's responses (Doc. 152, Doc. 153) to their motions for summary judgment on the grounds that he did not provide the affidavits, depositions and exhibits upon which the responses were based.

The Court recently granted the Plaintiff's motion for leave to exceed the page limit (Doc. 154) in regard to these same responses, because there was no showing that the Defendants would suffer prejudice as a result of having to respond to an additional five pages of argument. However, the Plaintiff's failure to provide the affidavits, depositions and exhibits is clearly prejudicial,

particularly where the Defendants are up against a deadline for filing their replies to those responses.  Accordingly, it is hereby

**ORDERED** that the motions to strike (Doc. 156, Doc. 157) are **GRANTED**, and the Plaintiff's responses (Doc. 152, Doc. 153) to the motions for summary judgment are **STRICKEN**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 7, 2010.

                                                          **GREGORY A. PRESNELL**
                                                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party